x:\tc51663\appear

WDJ/ls
File No.: TC-51663

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
MIGUEL URGILES AND MARTHA URGILES,

                    Plaintiffs,

             -against-

ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., AMG REALTY PARTNERS, LP, ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVIVCES CO., MERRILL LYNCH & CO, INC., MOODY'S HOLDINGS, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL,

                    Defendants.
-------------------------------------------------------------------X

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

COUNSELORS:

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 12, 2007

*[signature]*
WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700