Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER                                 :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                             :
                                                               :
---------------------------------------------------------------X
MIGUEL URGILES (AND WIFE, MARTHA                               :   07-CV-5400-AKH
URGILES),                                                      :
                                                               :
                              Plaintiffs,                      :   **NOTICE OF ADOPTION**
                                                               :   **OF ANSWER**
       - against -                                             :   **TO MASTER COMPLAINT**
                                                               :   **BY MERRILL LYNCH**
ALAN KASMAN DBA KASCO, *et al.*,                               :
                                                               :   **ELECTRONICALLY FILED**
                              Defendants.                      :
---------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

DICKSTEIN SHAPIRO LLP

/s/ Judith R. Cohen_____

By:  Robert J. Higgins (RH-6477)
     Judith R. Cohen (JC-8614)
     Kenneth H. Frenchman (KF-3635)
     1177 Avenue of the Americas
     New York, New York 10036
     Phone: (212) 277-6500
     Fax: (212) 277-6501
     *Attorneys for Defendant*
     MERRILL LYNCH & CO., INC.