UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
---------------------------------------------------------------X
MIGUEL URGILES (AND WIFE, MARTHA : 07-CV-5400-AKH
URGILES),
:
                        Plaintiff, : **APPEARANCE**
:
  - against - :
:
ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**
:
                      Defendants.
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                       By:    /s/ Judith R. Cohen
                                               Judith R. Cohen (JC-8614)
                                               1177 Avenue of the Americas
                                               New York, New York 10036
                                               Phone: (212) 277-6500
                                               Fax: (212) 277-6501
                                               *Attorney for Defendant*
                                               MERRILL LYNCH & CO., INC.