UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------x
MIGUEL URGILES AND MARTHA URGILES,

                                      Plaintiffs,

             - against -

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMG REALTY PARTNERS, LP,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY; BELFOR
USA GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,:
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, NC.,
KASCO RESTORATIONSERVICES CO.,
MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, NC.,
NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., WESTON SOLUTIONS, INC.,
WFP TOWER B. CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, WFP TOWER B. CO., L.P.,
WFP TOWER D CO. G.P. CORP.,. WFP TOWER
D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLDING J G.P. CORP, AND WFP TOWER D.
CO., L.P., ET AL

07CV05400

ANSWER TO
AMENDED
COMPLAINT

Defendants.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 24, 2008

                                   Yours, etc.

                                   FRIEDMAN, HARFENIST, LANGER & KRAUT
                                   Attorneys for Defendant –Envirotech
                                   3000 Marcus Avenue, Suite 2E1
                                   Lake Success, New York 11042
                                   (516) 775-5800

                                   BY: _____
                                       Heather L. Smar (4622)